1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  JAMES RUCKER,
                                        NO. Civ.S-09-2291 LKK/JFM
11          Plaintiff,

12     v.                               **ORDER RE DISPOSAL
                                        DOCUMENTS AFTER
13  RIDDLE & ASSOCIATES, PC,            NOTIFICATION OF SETTLEMENT**

14
            Defendant.
15  _____/

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty (40) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////
////
////

1

1  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2  IT IS SO ORDERED.

3  DATED:  November 24, 2009.

```
                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```